## Allen, Appellant, *v.* Kindervater.

Argued October 7, 1968. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Robert L. Walker,* with him *Thomas, Shafer, Walker, Dornhaffer & Swick,* for appellant.

*Stuart A. Culbertson,* for appellee.

OPINION PER CURIAM, November 12, 1968:
Judgment affirmed.

Mr. Justice MUSMANNO did not participate in the decision of this case.